# In the United States Court of Federal Claims

No. 21-1170

(Filed: May 3, 2021)

|  |  |
|---|---|
| **JAMES LEE ANTHONY.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES**, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| | ) |

ORDER

Pending before the court is plaintiff's application to proceed *in forma pauperis*. *See* ECF No. 8. Plaintiff, who filed this complaint on April 6, 2021, is currently incarcerated in Florida. On April 15, 2021, the court issued an order stating that plaintiff is barred by the 28 U.S.C. § 1915(g) three-strikes rule from proceeding *in forma pauperis* and ordered plaintiff to pay the $402 filing fee by April 30, 2021.

Accordingly, plaintiff's application to proceed *in forma pauperis* is DENIED. Because plaintiff has failed to pay the $402 filing fee by April 30, 2021, plaintiff's claim is DISMISSED for failure to prosecute.

The clerk shall enter judgment in accord with this disposition.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge